(Rev. 12/6/12)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### DIVISION

| DARIA EDEN | Civil No. **24-1474** |
|---|---|
| Plaintiff | |
| VS. | Judge |
| KEVIN'S SEAFOOD LAFAYETTE, LLC, ET AL. | Magistrate Judge |
| Defendant | |

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*
## UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

1. Full Name: Daria Eden

2. Address: 201 Jeffery Drive, Apt. 204D
   (Street Address or P.O. Box)

   Lafayette         LA        70503
   (City)         (State)    (Zip Code)

3. Marital Status:  Single ☒     Married ☐     Separated ☐
                    Divorced ☐   Widowed ☐

4. Are you presently employed?  Yes ☒   No ☐

   If the answer is "Yes," give your occupation, the name and address of your employer and the gross and net amount of your salary.

   | Cashier | N/A $11 per hour, 8 hours per week | N/A |
   |---|---|---|
   | (Occupation) | (Gross Salary) | (Net Salary) |

   Five Below, 5700 Johnston St., Lafayette LA
   (Name and Address of Your Employer)

5. If you are not presently employed, state the date of your last employment, the name and address of your employer and your salary.

   _____         _____
   (Date Last Employed)                    (Salary)

*(Rev. 12/6/12)*

_____
(Name and Address of Your Last Employer)

6. If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

_____
(Name of Spouse)            (Occupation)            (Net Salary)

7. Approximately how much money have you received in the past twelve months from the following sources:

   as wages, salary, commissions or earned income of any kind? <u>Less than $500</u>

   as workman's compensation or disability insurance? <u>N/A</u>

   as rent payments, interest, dividends? <u>N/A</u>

   as pensions, annuities or life insurance payments? <u>N/A</u>

   from social security, unemployment compensation or welfare payments? <u>SSDI about $725/month</u>

   as gifts or inheritance? <u>N/A</u>

   from other sources? <u>N/A</u>

8. How much money do you own or have in any checking or savings account? <u>$20</u>

9. Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?  Yes ☐   No ☒

   If "Yes," give a description of the property and its estimated value. _____

10. Is anyone dependent on you for support?  Yes ☒   No ☐

    If "Yes," give names, ages, relationship to you, and the amount you contribute toward their support. <u>Dillian Eden, 9 years old, son, approximately $200 per month to care for and support him. Dillian's father is not paying child support.</u>

11. List any debts you have and the amount owed.

              <u>Creditor</u>                              <u>Amount Owed</u>

       _____        _____

*(Rev. 12/6/12)*

12. List your monthly living expenses.

| | |
|---|---|
| Rent | $144/month |
| Utilities | $200 |
| Phone | $100 |
| Internet | $70 |
| Groceries, Clothing, Household Items, etc. | $300 |

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

10/24/2024

(Date)

Signed by:

*[signature]*
E817DEE14A1241F...

(Signature of Applicant)